UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT V. RODGERS,<br>   Plaintiff,<br><br>v.<br><br>PREFERRED CAROLINAS REALTY, INC.;<br>JAMES E. ALLEN, JR.; JIM ALLEN GROUP,<br>INC.; HARRY JAMES THORPE; RANDALL<br>EICHORN; LISA EICHORN; W. SIDNEY<br>ALDRIDGE; and, NICHOLLS &<br>CRAMPTON, P.A.,<br><br>   Defendants.<br>-----------------------------------------------------------<br>IN RE:<br><br>  ROBERT V. RODGERS,<br><br>  Debtor.<br>  Case No. 09-09124-8-JRL<br>  Adversary Case No. 10-00171-8-JRL | **JUDGMENT**<br><br>No. 5:11-CV-450-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court dated July 7, 2011

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 23, 2012, and for the reasons set forth more specifically therein, that the decision of the bankruptcy court is VACATED and REMANDED.

**This Judgment Filed and Entered on April 24, 2012, and Copies To:**

Ralph Hayes Hofler, III (via CM/ECF Notice of Electronic Filing)
Bryan T. Simpson (via CM/ECF Notice of Electronic Filing)
William P. Janvier (via CM/ECF Notice of Electronic Filing)
Dan Johnson McLamb (via CM/ECF Notice of Electronic Filing)
Katherine E. Fisher (via CM/ECF Notice of Electronic Filing)


April 24, 2012                     JULIE A. RICHARDS, CLERK
                                          /s/ Christa N. Baker
                                       (By) Christa N. Baker, Deputy Clerk